■ In the Matter of ADRIAN GOLDING, Petitioner, v JUAN M. MERCHAN et al., Respondents. [964 NYS2d 56]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Andrias, J.P., Saxe, DeGrasse, Richter and Gische, JJ.

(April 30, 2013)

■ CLEOPATRA LOVELACE, Appellant, v MARC C. HENDLER et al., Respondents. [963 NYS2d 861]— An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, Bronx County (Mitchell J. Danzinger, J.), entered on or about June 20, 2012, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated January 17, 2013, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Tom, J.P., Andrias, Freedman, Román and Gische, JJ.